UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HENRY SUTHERLAND, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV01066 AGF |
| YORDY GOMEZ and MITCHELL BROTHERS MOVING, INC., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Memorandum to Court of Defendant Mitchell Brothers Moving, Inc., dated September 22, 2006,

**IT IS HEREBY ORDERED** that this Defendant's pending motion to compel discovery is **DENIED** as moot. [Doc. #11]

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of October, 2006.